# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00595-CV

### In re Shawn Lee Sanders

### ORIGINAL PROCEEDING FROM BEXAR COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Shawn Lee Sanders, an inmate in the Bexar County Adult Detention Center, filed a pro se petition for writ of mandamus seeking a venue transfer from the Fourth Court of Appeals to this Court.[1] But we do not have jurisdiction over the Fourth Court of Appeals or convictions from Bexar County.

As an intermediate appellate court, we may issue writs of mandamus against certain judicial officials sitting in our district and all writs necessary to enforce our jurisdiction. *See* Tex. Gov't Code § 22.221; *In re Hill*, 03-20-00480-CV, 2020 Tex. App. LEXIS 8383, at *3 (Tex. App.—Austin Oct. 23, 2020, orig. proceeding). Sanders's petition is not directed to any judicial official sitting in our district and does not show that issuance of a writ is necessary to

---

[1] Sanders complains about his arrest, jury conviction, and detention and his charges of possession of a firearm by a felon and possession of a controlled substance. No respondent is named in his petition and no documents are attached showing "the matter complained of." *Cf.* Tex. R. App. P. 52.3(d)(2) (requiring petition to identify respondent), 52.3(k)(1) (requiring appendix with "certified or sworn copy of any order complained of, or any other document showing the matter complained of"), 52.7(a) (requiring record with "certified or sworn copy of

enforce our jurisdiction.  Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.  *See* Tex. R. App. P. 52.8(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed:   October 2, 2024

---

every document that is material to the relator's claim for relief and that was filed in any underlying proceeding").